IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NEIL K. BLACKBURN | ) Chapter 07 |
| | ) |
| | ) |
| - Creditor | ) No. 09B74296 |
| U.S. Bank, N.A., its Successors and/or Assigns | ) |
| | ) |
| | ) |
| v. | ) Judge |
| | ) MANUEL BARBOSA |
| NEIL K. BLACKBURN | ) |
| - Debtor | ) |
| | ) |

### ORDER MODIFYING STAY

This cause coming to be heard on the Motion of U.S. Bank, N.A., its Successors and/or Assigns, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to U.S. Bank, N.A., its Successors and/or Assigns and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 305 Wolfden Circle, Davis Junction, IL 61020.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

DATED: __NOV 16 2009__    ENTERED BY: _____
Bankruptcy Judge MANUEL BARBOSA

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
PA No: 09-6390